UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF AN APPLICATION  :  No. 3:17mj 1688(SHLW)
OF THE UNITED STATES OF AMERICA  :
FOR AN ORDER AUTHORIZING THE     :  **FILED UNDER SEAL**
INSTALLATION AND USE OF PEN      :
REGISTERS AND INCOMING RECORDING :
DEVICES                          :  October 30, 2017

## APPLICATION

David C. Nelson, an attorney of the United States Department of Justice and an Assistant

United States Attorney for the District of Connecticut, hereby applies to the Court pursuant to Title

18, United States Code, Section 3122 for an order authorizing the installation and use of pen

registers and of devices that capture the incoming electronic or other impulses which identify the

originating number of an instrument or device from which a wire or electronic communication was

transmitted ("incoming recording devices"). In support of this application he states the following:

1. Applicant is an "attorney for the Government" as defined in Rule 1(b)(1) of the Federal

Rules of Criminal Procedure, and therefore, pursuant to Title 18, United States Code, Section 3122,

may apply for an order authorizing the installation and use of a pen register and incoming recording

device.

2. Applicant certifies that the Federal Bureau of Investigation ("FBI") has been conducting a

criminal investigation of Adam CLARKE ("CLARKE"), Joseph BARROS and others, in

connection with possible violations of Title 21, United States Code, Sections 841(a)(1) (Possession

with Intent to Distribute Controlled Substances) and 846 (Conspiracy to Possess with Intent to

Distribute and to Distribute Controlled Substances); that applicant has received information from

Special Agent Ryan Oates of the FBI that the information likely to be obtained from the requested

pen registers and incoming recording devices as to the following cellular telephone with the

1

assigned number (860) 625-0774 (referred to herein as "Target Telephone 3") is relevant to the FBI's ongoing criminal investigation into the above-mentioned offenses.

3.  The factual background concerning Target Telephone 3 and the ongoing criminal investigation is set forth in the Master Affidavit of Special Agent Ryan Oates.

4.  Based on the information set forth in the Master Affidavit, the applicant requests that the Court issue an order for a period of sixty (60) days authorizing the installation and use of pen registers to register numbers dialed or pulsed from said Target Telephones, to record the date and time of such dialings or pulsings, and to record the length of time the telephone receiver in question is off the hook for incoming or outgoing calls, and of devices that capture the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to Target Telephone 3.

5.  The applicant further requests that the order direct the furnishing of information, including subscriber information, facilities, and technical assistance necessary to unobtrusively accomplish the installation of the pen registers and incoming recording devices by Verizon ("the Company"), with reasonable compensation to be paid by the FBI for reasonable expenses incurred in providing such facilities and assistance.

WHEREFORE, it is respectfully requested that the Court grant an order for a period of 60 days (1) authorizing the installation and use of pen registers to record numbers dialed or pulsed from Target Telephone 3 and of devices that capture the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to Target Telephone 3, (2) directing the Company to forthwith furnish agents of the FBI with all information, including subscriber information, facilities, and technical assistance necessary to accomplish the installation and use of the devices unobtrusively

and with minimum interference to the services presently accorded persons whose dialings or pulsings are the subject of the pen registers and incoming recording devices, (3) authorizing application of the Court's order to Target Telephone 3 referenced above regardless of service provider during the 60-day period; and, (4) sealing this application and the Court's order.

The applicant certifies that the above is true and correct to the best of the applicant's knowledge and belief. As noted above, the foregoing is based, in part, on information provided to me by a member of the investigation.

DAVID C. NELSON
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar. No. ct25640
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

Subscribed and sworn to before
me this 30th day of October
2017, at New Haven, Connecticut.


 /s/ Sarah A. L. Merriam, USMJ
HONORABLE SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE